CAROLINE T. WOODBURY et al., Appellants, *v.* CHARLES A. GARRITY et al., Defendants, and MAX SCHRAGE et al., Respondents.

(Argued December 2, 1930; decided January 6, 1931.)

*Walter E. Warner* for appellants.

*Henry P. Hallock, Jr.,* and *Harry E. Fajans* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.